## Keystone Brewing Company, Appellant, *v.* Canavan.

*Appeals—Final judgment—Interlocutory order—Quashing appeal.*

An order in the following form, "judgment is directed non obstante veredicto in favor of the garnishee," is not a final judgment, and an appeal taken from it will be quashed.

Motion to quash appeal.

From the record it appeared that the order from which the appeal was taken was as follows :

" January 21, 1907, by opinion filed, judgment directed non obstante veredicto in favor of Thomas Forestal, the garnishee.
                                        " G. L. HALSEY, Judge,
                                                " J. D. 45."

The garnishee moved to quash the appeal, citing Com. ex rel. v. Mitchell, 80 Pa. 57, and Watkins v. Hughes, 206 Pa. 526.

PER CURIAM, April 16, 1907 :
Appeal quashed.

---

## Mason, Appellant *v.* Linn.

*Appeals—Equity—Brief statement of errors—Rule 92 of equity rules.*

An appeal from a decree in a suit in equity will be quashed, where the appellant has not filed in the court below with notice of appeal, a brief statement of the errors alleged.

Motion to quash appeal in case of Henry C. Mason et al. v. C. H. Linn et al., Supervisors of Hanover Township, and Thomas Wilson, doing business as Thomas Wilson & Co., and Bolton G. Coon & Co.

The motion was in the following form :

Now, April 15, 1907. John M. Garman, attorney for Thomas Wilson, doing business as Thomas Wilson & Co., and Bolton G. Coon & Co., defendants in above-stated cause, moves to quash the appeal as to said defendants because the appellants did not file in the court below, with their notice of ap-